[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-10071
Non-Argument Calendar

_____

D.C. Docket No. 3:13-cr-00153-MMH-PDB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SEAN-MICHAEL SMITH,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 18, 2021)

Before JORDAN, NEWSOM and ANDERSON, Circuit Judges.

PER CURIAM:

Valarie Linnen, appointed counsel for Sean-Michael Smith in this appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared under *Anders v. California*, 386 U.S. 738 (1967), following the revocation of Smith's supervised release.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Smith's revocation of supervised release and sentence are **AFFIRMED.**